**Order entered March 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01208-CR
No. 05-12-01209-CR
No. 05-12-01210-CR

**ALTON LEE JEWEL BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-51396-U, F12-51397-U, F12-51398-U**

## ORDER

The Court **REINSTATES** the appeals.

On March 5, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 6, 2013, we received appellant's briefs, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the March 5, 2013 order requiring findings.

We **GRANT** the March 6, 2013 extension motion and **ORDER** appellant's briefs filed as of the date of this order.

/s/ DAVID EVANS
   JUSTICE